IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEXTER L. PRESCOTT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D23-1450
LT Case No. 2019-CF-00081-A

_____/

Decision filed June 6, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Kevin A. Blazs, Judge.

Dexter L. Prescott, Crawfordville, pro
se.

Ashley Moody, Attorney General,
and Zachary Lawton, Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.